IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-176 JAM |
| | ) | |
| Plaintiff, | ) | RELEASE ORDER |
| | ) | |
| v. | ) | |
| | ) | Judge: Hon. John A. Mendez |
| LUIS JAVIER GASPAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# **O R D E R**

IT IS HEREBY ORDERED, the Court, having considered the parties' positions, and good cause appearing therefrom, the Defendant is ORDERED RELEASED subject to all original conditions of supervised release and upon the conditions that the Defendant shall appear for sentencing on August 27, 2019 at 9:15 a.m.

Good cause appearing therefor,

IT IS ORDERED that LUIS JAVIER GASPAR be released from federal custody in the above-captioned case, immediately.

Dated: July 24, 2019

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge

Certified copy to USM

Stipulation and Proposed Order -1-