**FILED**

JUN 16 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-176 JAM |
| Plaintiff, | RELEASE ORDER |
| v. | Judge: Hon. John A. Mendez |
| LUIS JAVIER GASPAR, | |
| Defendant. | |

### ORDER

IT IS HEREBY ORDERED, the Court, having considered the parties' positions, and good cause appearing therefrom, the Defendant is ORDERED transported to the United States' Marshals Office on June 17, 2020 at or before 9:00 a.m. It is further ORDERED that the Defendant be RELEASED on June 17, 2020 from the custody of the United States Marshal.

Dated: June _16_, 2020

_____
HON. JOHN A. MENDEZ
United States District Judge

Certified copy to USM

Stipulation and Proposed Order                               -1-